UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| RAMPARTS, INC., *et al.*, | ) | |
| Plaintiff, | ) | 2:12-cv-1052-LRH-RJJ |
| vs. | ) | |
| LEXINGTON INSURANCE COMPANY, etc., *et al.*, | ) | **ORDER** |
| Defendant. | ) | |

IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on November 30, 2012.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

1. Shall identify the discovery that has been completed;
2. Shall identify the discovery that remains outstanding;
3. Shall identify any pending discovery motions; and,
4. Shall detail all attempts to settle the case.

DATED this __24th__ day of September, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge