McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Wade M. Hansard, NV Bar No. 8104
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
wade.hansard@mccormickbarstow.com
Telephone:   (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for Lexington Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RAMPARTS, INC., a Nevada Corporation, d/b/a LUXOR HOTEL AND CASINO,<br><br>  Plaintiff,<br><br>v.<br><br>LEXINGTON INSURANCE COMPANY, a Delaware Corporation; and ROE CORPORATIONS I through X, inclusive,<br><br>  Defendant.<br><br>LEXINGTON INSURANCE COMPANY, a Delaware Corporation; and ROE CORPORATIONS I through X, inclusive,<br><br>  Cross-Complainant,<br><br>v.<br><br>RAMPARTS, INC., a Nevada Corporation, d/b/a LUXOR HOTEL AND CASINO,<br><br>  Cross-Defendant. | Case No. 2:12-CV-01052-JCM-NJK<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

   IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that:

   1.   Ramparts, Inc.'s Complaint against Lexington Insurance Company (Docket No. 1) be and hereby is dismissed in its entirety with prejudice pursuant to Rule 41(a)(1)(A)(ii) and Rule 41(c) of the Federal Rules of Civil Procedure.

    2.     Lexington Insurance Company's Counterclaim against Ramparts, Inc. (Docket No. 6) be and hereby is dismissed in its entirety with prejudice pursuant to Rule 41(a)(1)(A)(ii) and Rule 41(c) of the Federal Rules of Civil Procedure.

    3.     Each party shall bear its own attorneys' fees and costs.

Dated: February __, 2013

KRAVITZ, SCHNITZER, SLOANE & JOHNSON, CHTD.

By /s/ Timothy J. Geswein
Martin J. Kravitz
Nevada Bar No. 83
Timothy J. Geswein
Nevada Bar No. 10049
8985 South Eastern Avenue, Suite 200
Las Vegas, NV 89123
*Attorneys for Plaintiff/Counter-Defendant,
RAMPARTS, INC. dba LUXOR HOTEL AND CASINO*

DATED: February __, 2013

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By /s/ Wade M. Hansard
Wade M. Hansard
Nevada Bar No. 8104
8337 W. Sunset Road, Suite 350
Las Vegas, NV  89113
*Attorneys for Defendant/Counterclaimant
Lexington Insurance Company*

IT IS SO ORDERED:

Dated **March 1, 2013.**

_____
United States District Judge

03674-02041 2336049.1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

2

2:12-CV-01052-LRH-RJJ

STIPULATION OF DISMISSAL